NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHANIEL COOPER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3240

---

Petition for review of the Merit Systems Protection Board in case no. DC1221110320-W-1.

---

## ON MOTION

---

## ORDER

Nathaniel Cooper moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT** 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Nathaniel Cooper
Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT** 0 6 2011

**JAN HORBALY**
**CLERK**